# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

143524 & (41)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RANDALL A. RAAR,
          Defendant-Appellant.

_____/

SC:  143524
COA:  299888
Wayne CC:  06-007903-FH

On order of the Court, the application for leave to appeal the June 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to strike is GRANTED, only to the extent that the briefs filed in this Court by the Attorney General are stricken, as those briefs pertain to a different case involving different facts and issues than those presented by the defendant's application in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

y1219